## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jorge Gonzalez

                      Plaintiff,

v.                                                     Case No.: 1:15−cv−03432

                                                                  Honorable Sara L. Ellis

Karesh Glass, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2016:

      MINUTE entry before the Honorable Maria Valdez: The Court is in receipt of the parties' settlement documents and orders the parties to make every effort to reach an agreement prior to the scheduled conference date. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.