# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jorge Gonzalez

                    Plaintiff,

v.                                                Case No.: 1:15−cv−03432

                                                          Honorable Sara L. Ellis

Karesh Glass, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 4, 2016:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 8/4/2016. It is hereby ordered that this action is dismissed without prejudice and with leave to reinstate on or before 3/31/2017, which will convert to dismissal with prejudice, if no motion is filed. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.